UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:15-cv-00397-TBR

ESTATE OF DOROTHY FAYE LANHAM                                    PLAINTIFF

v.

SPRINGFIELD NURSING & REHABILITATION CENTER                     DEFENDANT

**MEMORANDUM OPINION AND ORDER**

This matter comes before the Court upon two motions filed by Defendant Springfield Nursing and Rehabilitation Center ("Defendant"). First, Defendant has filed a Motion to Strike Expert Witness Disclosure. [DN 66.] Second, Defendant has filed a Motion for Summary Judgment. [DN 67.] These motions are the result of revelations that the expert whose testimony Plaintiff had planned to rely on, Dr. Michael Langan, currently has a suspended medical license. However, before the Court had occasion to rule on the above motions, Plaintiff notified the Court and Defendant that Dr. Langan would no longer be relied upon as an expert, and Plaintiff has since filed a new expert witness disclosure. Due to this fact, Defendant's Motion to Strike [DN 66] and Defendant's Motion for Summary Judgment [DN 67] are both hereby **DISMISSED AS MOOT.**

**IT IS SO ORDERED.**

cc:    Counsel of Record