# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# Case No. 3:15-CV-397-TBR

ESTATE OF DOROTHY LANHAM            PLAINTIFF

V.

SPRINGHILL NURSING AND
REHABILITATION CENTER            DEFENDANT

## ORDER

The Court having been advised by the Defendant, that this action cannot proceed to disposition because of the following reason: (Docket #91)

> Defendant, Springfield Nursing & Rehabilitation Center, has filed for relief under Chapter 11 of the United States Bankruptcy Code, with the United States Bankruptcy Court, for the Northern District of Texas, Bankruptcy Court case numbers 17-44642 and 17-34296.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court mark this action closed for statistical purposes. The telephonic conference set January 5, 2018, final pretrial conference set May 11, 2018 and the jury trial set June 4, 2018 are vacated..

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction, and that the case shall be restored to the active docket upon motion of a party if circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

cc:     Counsel